## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                      Case No. 12−33034
Letitia Hunt,                                    Chapter 13

    Debtor.

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on February 13, 2017 at 10:00 AM

to consider and act upon the following:

*49* – Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 01/30/2017. (McKinney [Acting], Sabrina)

*50* – Objection to Trustee's Motion to Dismiss Case filed by Richard D. Shinbaum on behalf of Letitia Hunt (RE: related document(s)49 Trustee's Motion to Dismiss Case). (Shinbaum, Richard)

Dated January 30, 2017

Juan−Carlos Guerrero
Clerk of Court