In re                                                                                                  Case No. 12–33034
                                                                                                       Chapter 13
Letitia Hunt,

     Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on March 26, 2018 at 10:00 AM

to consider and act upon the following:

*54* – Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 03/19/2018. (McKinney, Sabrina)

*55* – Objection to Trustee's Motion to Dismiss Case filed by Richard D. Shinbaum on behalf of Letitia Hunt (RE: related document(s)54 Trustee's Motion to Dismiss Case). (Attachments: # 1 Exhibit) (Shinbaum, Richard)

Dated March 14, 2018

*[signature: Juan-Carl Guerro]*

Juan–Carlos Guerrero
Clerk of Court